# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2017

## NO. 03-14-00397-CV

**Appellant, American Multi-Cinema, Inc.// Cross-Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas**

**v.**

**Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas// Cross-Appellee, American Multi-Cinema, Inc.**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART**
**ON MOTION FOR REHEARING – OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on May 16, 2014. The Court's opinion and judgment dated April 30, 2015, are withdrawn, and we deny appellees cross-appellants' motion for rehearing. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. The Court reverses the portion of the trial court's judgment that pertains to phase two of the trial and renders judgment that American Multi-Cinema, Inc. is entitled to a refund in the amount of $579,656 for report year 2008 and $591,293 for report year 2009, plus appropriate penalty and interest. The

Court affirms the remainder of the trial court's judgment.  Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.